

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MATTHEW J. MODAFFERI**
*Assistant Corporation Counsel*
E-mail: mmodaffe@law.nyc.gov
Phone: (212) 788-1652
Fax: (212) 788-9776

April 19, 2013

**BY ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Raheem Greaves v. City of New York, et al., 12-CV-4867 (KAM)(RLM)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter, in which Plaintiff alleges, *inter alia*, that he was falsely arrested, maliciously prosecuted and subjected to unlawful searches. The undersigned writes to advise Your Honor that the defendants take a no settlement position with respect to this matter. Accordingly, defendants respectfully request that the settlement conference scheduled on April 26, 2013 at 2:30 p.m. be adjourned *sine die* in light of defendants' position.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Matthew J. Modafferi
Assistant Corporation Counsel

*[Handwritten annotation:]* Application denied. Next Friday's conference will go forward as scheduled. The Court directs that, in addition to counsel of record, the conference be attended in person by plaintiff and a representative of the Comptroller's Office.

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 4/19/13

cc: Afsaan Saleem, Esq. (By ECF)
Harvis, Wright, Saleem & Fett, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007