UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAHEEM GREAVES,

                             Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.
-------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

12 CV 4867 (KAM) (RLM)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Raheem Greaves and defendants Lucious B. Johnson, Undercover Police Officer C-0127, Undercover Police Officer C-0111, Luke Denesopolis, Alex Rosario, Thomas Donohue, Steven Gordon, Andrea Simmonds, Joey Morales and hereby agree that this action be dismissed with prejudice.

Dated:      July 23, 2013
              New York, New York

MICHAEL A. CARDOZO
Corporation Counsel
of the City of New York
*Attorney for defendants*
100 Church Street
New York, New York 10007

By: _____
Matthew Modafferi
Assistant Corporation Counsel
Special Federal Litigation Division

HARVIS WRIGHT
SALEEM & FETT LLP
*Attorneys for plaintiff Raheem Greaves*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Gabriel P. Harvis